JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARLOS ALEXIS SANCHEZ CABREJOS,<br><br>        Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, et al.,<br>        Defendant. | Case No. 5:26-cv-02005-ACCV<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 13, 2026

_____
HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge